# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bashant, Cynthia A. | U.S. District Court, Southern District of California | 07/26/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

221 W. Broadway
San Diego, CA 92101

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bashant, Cynthia A. | 07/26/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Trader Joe's (wages) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Business Trial Lawyers | 04/17- 04/18/15 | Rancho Palos Verdes, CA | Joint Board Retreat | Lodging and Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bashant, Cynthia A. | 07/26/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bashant, Cynthia A. | 07/26/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capitol One Savings Accounts (cash account) | A | Interest | | | Closed | 04/04/15 | K | A | |
| 2. Cabrillo Federal Credit Union (cash accounts) | A | Interest | L | T | | | | | |
| 3. CalHR Savings Plu Asset Allocation INdex Fund-Moderate (IRA) | A | Dividend | | | Closed | 02/27/15 | K | A | |
| 4. Vanguard Growth Index Fund (IRA) | C | Dividend | M | T | | | | | |
| 5. iShares Russell 200 Index Fund (IRA) | A | Dividend | L | T | | | | | |
| 6. Allianz NFJ Small Cap Value Fund (IRA) | A | Dividend | J | T | | | | | |
| 7. American Funds American Balanced Fund (IRA) | A | Dividend | J | T | | | | | |
| 8. SSgA Daily Bond aMarket Fund (IRA) | A | Dividend | J | T | | | | | |
| 9. SSgA S&P 500 Index Fund (IRA) | B | Dividend | J | T | | | | | |
| 10. Invesco Real Estate Fund (IRA) | A | Dividend | J | T | | | | | |
| 11. SSgA U.S. Large Cap Growth Opporunities Fund (IRA) | A | Dividend | J | T | | | | | |
| 12. Fidelity Government Money Market (SPAXX) (IRA) | A | Dividend | | | Sold | 04/21/15 | L | A | |
| 13. Spartan Real Estate Index Fund Adv. Class (FSRVX) (IRA) | C | Dividend | K | T | Sold (part) | 04/04/15 | K | B | |
| 14. Spartan Emrging Mket Index Fid. Adv. Class (FPMAX) (IRA) | A | Dividend | K | T | | | | | |
| 15. Fidelity Four in One Index (FFNOX) (IRA) | D | Dividend | M | T | Buy (add'l) | 04/02/15 | K | | |
| 16. Spartan LNTM Treas. Bnd Adv. Class (FLBAX) (IRA) | D | Dividend | | | Sold | 04/07/15 | L | D | |
| 17. Fidelity Int'l Enhanced Index Fund (FIENX) | A | Dividend | L | T | Buy (add'l) | 04/06/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bashant, Cynthia A. | 07/26/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 04/07/15 | J | | |
| 19. Spartan Extended Mkt Index Fund Adv Class (FSEVX) (IRA) | D | Dividend | L | T | Sold (part) | 04/06/15 | K | C | |
| 20. | | | | | Buy (add'l) | 04/21/15 | J | | |
| 21. | | | | | Sold (part) | 06/15/15 | J | A | |
| 22. Fed. Large Cap Growth Enhanced Index (FLGEX) (IRA) | D | Dividend | M | T | Buy (add'l) | 04/06/15 | L | | |
| 23. | | | | | Buy (add'l) | 04/07/15 | K | | |
| 24. | | | | | Buy (add'l) | 04/21/15 | K | | |
| 25. | | | | | Sold (part) | 06/15/15 | K | A | |
| 26. Fidelity Small Cap Enhanced Index Fund (FCPEX) (IRA) | D | Dividend | L | T | Sold (part) | 04/06/15 | K | C | |
| 27. | | | | | Buy (add'l) | 04/21/15 | J | | |
| 28. | | | | | Sold (part) | 06/15/15 | J | A | |
| 29. PimCo Income Fund CI D (PONDX) (IRA) | A | Dividend | M | T | Buy | 04/21/15 | K | | |
| 30. | | | | | Buy (add'l) | 04/08/15 | L | | |
| 31. | | | | | Buy (add'l) | 04/21/15 | J | | |
| 32. | | | | | Buy (add'l) | 06/15/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bashant, Cynthia A. | 07/26/2016 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Bashant, Cynthia A. | 07/26/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cynthia A. Bashant**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544